UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLEN,<br><br>                    Plaintiff,<br><br>v.<br><br>SEATTLE PUBLIC SCHOOLS, et al.,<br><br>                    Defendant. | No. C0-703MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The parties have not complied with the order directing that a joint status report be filed by July 1, 2008.  On July 2, 2008, Plaintiff filed a request for an extension of the JSR deadline, indicating that "Defendant's attorney Gregory Jackson and Plaintiff have been working diligently on the Joint Status Report, to be completed shortly."  Dkt. No. 11.  To date, no JSR has been filed.

The time for filing the report is hereby extended to ten days from the date of this order.  If the report is not filed by that time, sanctions may be ordered.  Sanctions may include dismissal of the action without prejudice.

Filed this 14th day of July, 2008

BRUCE RIFKIN, Clerk

By:    /s Mary Duett
       Deputy Clerk

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MINUTE ORDER - 2