UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRAIG E. ALLEN,

         Plaintiff(s),

  v.

SEATTLE PUBLIC SCHOOLS, et al.,

         Defendant(s).

NO. C08-703MJP

MINUTE ORDER

This minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

A telephone conference was held on February 9, 2009, at 1:30 p.m. Participating in the conference were Judge Marsha J. Pechman, Senior Law Clerk Steven Crozier, Deputy Clerk Rhonda Miller, Plaintiff Craig E. Allen and defense counsel Gregory E. Jackson and Tyler K. Firkins.

At the conclusion of the conference, the following order issued: if an attorney does not file a Notice of Appearance for Plaintiff by the close of business on February 9, 2009, Plaintiff is to appear for deposition at 9:30 a.m. on February 10, 2009, in the Witness Interview Room outside Judge Pechman's courtroom on the 14th floor of the U.S. Courthouse, 700 Stewart Street, Seattle, WA.

Plaintiff and counsel were instructed by the Court that if either party believes that the other is not upholding their obligations or the orders of this Court, that party is instructed to file a motion before the Court indicating the nature of the failure and requesting relief.

Filed this 9th day of February, 2009.

                                     BRUCE RIFKIN, Clerk

                                     By    /s Mary Duett
                                                Deputy Clerk

MINUTE ORDER